**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARRY JOHNSON, : <br> : <br> Plaintiff, : <br> : Civil Action No. 08-4752 (JAG) <br> v. : <br> : **ORDER** <br> COMMISSIONER OF SOCIAL : <br> SECURITY, : <br> : <br> Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before this Court on the application of the plaintiff, Karry Johnson o/b/o Tyshawn ("Plaintiff"), and this Court having considered Plaintiff's application to proceed in forma pauperis and file the Complaint without prepayment fees, pursuant to 28 U.S.C. § 1915; and this Court finding that Plaintiff has submitted an in forma pauperis affidavit of indigence; and this Court concluding, based on the affidavit, that Plaintiff qualifies for pauper status; and good cause appearing,

It is on this 14th day of October, 2008,

ORDERED that Plaintiff may proceed application to proceed in forma pauperis without prepayment of the filing fee, pursuant to 28 U.S.C. § 1915(a); and it is further

ORDERED that the Clerk of Court is directed to filed the Complaint in the above-captioned action; and it is further

ORDERED that the Clerk of Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States; and it is further

ORDERED that a copy of the Order shall be served on the parties within seven (7) days of the date of this Order.

                                              S/Joseph A. Greenaway, Jr.
                                              JOSEPH A. GREENAWAY, JR., U.S.D.J.